# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code        A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| **2** | **ACNB  BANK** |
| 613 | Allegent Community Federal Credit Union |
| 302 | Allegheny Valley Bank of Pittsburgh |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code        B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| 415 | Bank of Landisburg (The) |
| 642 | BB & T Company |
| 519 | Beaver Valley Federal Credit Union |
| 501 | BELCO Community Credit Union |
| 397 | Beneficial Bank |
| 652 | Berkshire Bank |
| **5** | **BNY MELLON, NA** |
| **392** | **BRENTWOOD BANK** |
| 495 | Brown Brothers Harriman Trust Co., NA |
| 161 | Bryn Mawr Trust Company (The) |
| 156 | Bucks County Bank |

**Bank Code        C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 622 | Carrollton Bank |
| 16 | CBT Bank |
| **136** | **CENTRIC BANK** |
| **394** | **CFS BANK** |

| | |
|---|---|
| 623 | Chemung Canal Trust Company |
| **649** | **CHROME FEDERAL CREDIT UNION** |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank (PA) |
| 206 | Citizens Savings Bank |
| 602 | City National Bank of New Jersey |
| 576 | Clarion County Community Bank |
| 591 | Clearview Federal Credit Union |

| | |
|---|---|
| 23 | CNB Bank |
| 354 | Coatesville Savings Bank |
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 533 | Community First Bank |
| 132 | Community State Bank of Orbisonia |
| **647** | **CONGRESSIONAL BANK** |
| 380 | County Savings Bank |
| 617 | Covenant Bank |
| 536 | Customers Bank |

**Bank Code        D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 239 | DNB First, NA |
| 27 | Dollar Bank, FSB |

**Bank Code        E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code      F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| **343** | **FIDELITY SAVINGS & LOAN ASSOCIATON** |
| | **OF BUCKS COUNTY** |
| 583 | Fifth Third Bank |
| 643 | First Bank |
| 650 | First-Citizens Bank & Trust Company |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 46 | First Community Bank of Mercersburg |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| | |
| 51 | First National Bank & Trust Company of |
| | Newtown (The) |
| 417 | First National Bank of Lilly (The) |
| 419 | First National Bank of Mifflintown (The) |
| 48 | First National Bank of Pennsylvania |
| 426 | First Northern Bank & Trust Company |
| **604** | **FIRST PRIORITY BANK** |
| **592** | **FIRST RESOURCE BANK** |
| 408 | First United National Bank |
| 151 | Firstrust Savings Bank |
| 416 | Fleetwood Bank |
| **493** | **FNB BANK, NA** |
| 175 | FNCB Bank |
| 291 | Fox Chase Bank |
| 241 | Franklin Mint Federal Credit Union |
| 639 | Freedom Credit Union |
| **58** | **FULTON BANK, NA** |

**Bank Code      G.**

| | |
|---|---|
| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

**Bank Code      H.**

| | |
|---|---|
| 402 | Halifax Branch, of Riverview Bank |
| 244 | Hamlin Bank & Trust Company |
| 362 | Harleysville Savings Bank |
| 363 | Hatboro Federal Savings |
| 463 | Haverford Trust Company (The) |
| 655 | Home Savings Bank |
| 606 | Hometown Bank of Pennsylvania |
| 68 | Honesdale National Bank (The) |
| 350 | HSBC Bank USA, NA |
| **364** | **HUNTINGDON VALLEY BANK** |
| 605 | Huntington National Bank (The) |
| 608 | Hyperion Bank |

**Bank Code      I.**

| | |
|---|---|
| 365 | Indiana First Savings Bank |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |

**Bank Code      J.**

| | |
|---|---|
| 70 | Jersey Shore State Bank |
| 127 | Jim Thorpe Neighborhood Bank |
| 488 | Jonestown Bank & Trust Company |
| **72** | **JUNIATA VALLEY BANK (THE)** |

**Bank Code      K.**

| | |
|---|---|
| 651 | KeyBank NA |
| 414 | Kish Bank |

**Bank Code      L.**

| | |
|---|---|
| **74** | **LAFAYETTE AMBASSADOR BANK** |
| 554 | Landmark Community Bank |
| 418 | Liverpool Community Bank |
| 78 | Luzerne Bank |

## Bank Code M.

| | |
|---|---|
| 361 | M & T Bank |
| 386 | Malvern Federal Savings Bank |
| 412 | Manor Bank |
| 510 | Marion Center Bank |
| 387 | Marquette Savings Bank |
| 81 | Mars National Bank (The) |
| 43 | Marysville Branch, of Riverview Bank |
| 367 | Mauch Chunk Trust Company |
| 619 | MB Financial Bank, NA |
| 511 | MCS (Mifflin County Savings) Bank |
| 641 | Members 1st Federal Credit Union |
| 555 | Mercer County State Bank |
| 192 | Merchants Bank of Bangor |
| 610 | Meridian Bank |
| 420 | Meyersdale Branch, of Riverview Bank |
| 294 | Mid Penn Bank |
| **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| 457 | Milton Savings Bank |
| 614 | Monument Bank |
| **596** | **MOREBANK, A DIVISION OF BANK OF PRINCETON (THE)** |
| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

## Bank Code N.

| | |
|---|---|
| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 439 | Northumberland National Bank (The) |
| 93 | Northwest Bank |

## Bank Code O.

| | |
|---|---|
| 653 | OceanFirst Bank |
| 489 | OMEGA Federal Credit Union |
| 94 | Orrstown Bank |

## Bank Code P.

| | |
|---|---|
| **598** | **PARKE BANK** |
| 584 | Parkview Community Federal Credit Union |
| 40 | Penn Community Bank |
| 540 | PennCrest Bank |
| 447 | Peoples Security Bank & Trust Company |
| 99 | PeoplesBank, a Codorus Valley Company |
| 556 | Philadelphia Federal Credit Union |
| 448 | Phoenixville Federal Bank & Trust |
| 79 | PNC Bank, NA |
| 449 | Port Richmond Savings |
| 451 | Progressive-Home Federal Savings & Loan Association |
| 637 | Provident Bank |
| 456 | Prudential Savings Bank |
| 491 | PS Bank |

## Bank Code Q.

| | |
|---|---|
| 107 | QNB Bank |
| 560 | Quaint Oak Bank |

## Bank Code R.

| | |
|---|---|
| 452 | Reliance Savings Bank |
| 220 | Republic Bank d/b/a Republic Bank |
| 628 | Riverview Bank |
| 208 | Royal Bank America |

## Bank Code S.

| | |
|---|---|
| 153 | S & T Bank |
| 316 | Santander Bank, NA |
| 464 | Scottdale Bank & Trust Co. (The) |
| 460 | Second Federal S & L Association of Philadelphia |
| 646 | Service 1st Federal Credit Union |
| 458 | Sharon Savings Bank |
| 633 | Slovak Savings Bank |

| | | | | |
|---|---|---|---|---|
| 462 | Slovenian Savings & Loan Association of Franklin-Conemaugh | 473 | Westmoreland Federal S & L Association |
| 486 | Somerset Trust Company | 476 | William Penn Bank |
| **518** | **STANDARD BANK, PASB** | 272 | Woodlands Bank |
| 542 | Stonebridge Bank | **573** | **WOORI AMERICA BANK** |
| 517 | Sun National Bank | 630 | WSFS (Wilmington Savings Fund Society), FSB |
| 440 | SunTrust Bank | | |
| **236** | **SWINEFORD NATIONAL BANK** | | |

462 Slovenian Savings & Loan Association of
   Franklin-Conemaugh
486 Somerset Trust Company
**518 STANDARD BANK, PASB**
542 Stonebridge Bank
517 Sun National Bank
440 SunTrust Bank
**236 SWINEFORD NATIONAL BANK**

473 Westmoreland Federal S & L Association
476 William Penn Bank
272 Woodlands Bank
**573 WOORI AMERICA BANK**
630 WSFS (Wilmington Savings Fund Society), FSB

**Bank Code** **X.**

**Bank Code** **T.**

143 TD Bank, NA
182 Tompkins VIST Bank
609 Tristate Capital Bank
640 TruMark Financial Credit Union
467 Turbotville National Bank (The)

**Bank Code** **Y.**
577 York Traditions Bank

**Bank Code** **Z.**

**Bank Code** **U.**

483 UNB BANK
481 Union Building and Loan Savings Bank
133 Union Community Bank
634 United Bank, Inc.
472 United Bank of Philadelphia
475 United Savings Bank
600 Unity Bank
232 Univest Bank & Trust Co.

**Bank Code** **V.**

611 Victory Bank (The)

**Bank Code** **W.**

**119 WASHINGTON FINANCIAL BANK**
121 Wayne Bank
631 Wells Fargo Bank, NA
553 WesBanco Bank, Inc.
**122 WEST MILTON STATE BANK**
494 West View Savings Bank

**PLATINUM LEADER BANKS**

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

**IOLTA EXEMPTION**

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.